ALANA W. ROBINSON
Acting United States Attorney
ROBERT CIAFFA
Assistant U.S. Attorney
California Bar No. 179432
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-7748
Robert.ciaffa@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>   v.<br><br>CLAUDIA TARANGO,<br><br>       Defendant. | Case No. 16CR2735-LAB<br><br>DISMISSAL |
|---|---|

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with leave of court as granted below, the Government hereby dismisses without prejudice the indictment against defendant Claudia Tarango in the above-captioned case.

DATED: 3/30/2017.                    Respectfully submitted,

ALANA W. ROBINSON
Acting United States Attorney

_____
ROBERT CIAFFA
Assistant United States Attorney

Leave of court is hereby granted for the dismissal without prejudice of the indictment against defendant Claudia Tarango in the above-captioned case.

DATED: 3/30/2017                    _____
LARRY A. BURNS
UNITED STATES DISTRICT JUDGE